**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KSENIA BOLLENS, Individually and As parent and next friend of KYLE CHERNO, minor and as Administrator of the ESTATE OF KEVIN CHERNO, | : | CA.: 05 034T |
| Plaintiffs | : | |
| Vs. | : | |
| DEPARTMENT OF THE ARMY and ROBERT BICKERSTAFF, | : | |
| Defendants | : | |

**COMPLAINT**

1. The Plaintiff, Ksenia Bollens, is a resident of the Town of Coventry, County of Kent, State of Rhode Island and is the parent and next friend of the minor Plaintiff, Kyle Cherno. She is also the administrator of the Estate of Kevin Cherno.

2. The Plaintiff, the Estate of Kevin Cherno, is a matter in the Probate Court of the Town of Coventry, County of Kent, State of Rhode Island.

3. The Defendant, Department of the Army, is an entity of the United States Federal Government.

4. The Defendant, Robert Bickerstaff, is a resident of the City of West Warwick, County of Kent, in the State of Rhode Island.

COUNT I

5. At all times herein referenced the Plaintiffs, Kyle Cherno, and Kevin Cherno, were in the exercise of due care and caution.

6. At all times herein referenced, the Defendant, Robert Bickerstaff operated the vehicle owned by the Defendant, Department of the Army, with its express and/or implied consent.

7. On or about the 3rd day of February, 2003, the Plaintiff, Kevin Cherno, was in his motor vehicle and legally parked at 725 Main Street, in the City of West Warwick, County of Kent, State of Rhode Island.

8. On or about the same time and place, the minor Plaintiff, Kyle Cherno was a passenger in the vehicle parked at 725 Main Street, in the City of West Warwick, County of Kent, in the State of Rhode Island.

9. On or about the same time and place, a vehicle owned by the Defendant, the Department of the Army, and operated by the Defendant, Robert Bickerstaff, was traveling on Main Street in the City of West Warwick, County of Kent, State of Rhode Island.

10. On or about that same time and place, the Defendant, Robert Bickerstaff, negligently operated the vehicle owned by the Defendant, the Department of the Army, such that he struck the Plaintiff's vehicle in the rear.

11. As a direct and proximate result of the Defendant, Robert Bickerstaff's negligence, the Plaintiff's Kevin Cherno and Kyle Cherno, suffered severe and grievous injuries, and suffered great pain of body and mind, suffered a permanent injury, and had been prevented from carrying out their usual activities, and the Plaintiff's have expended great sums of money for the medical care and treatment of said injuries, and the Plaintiff's were otherwise damnified.

WHEREFORE, the Plaintiffs, Ksenia Bollens, Individually and as parent and next friend of Kyle Cherno, and as the Administrator of the Estate of Kevin Cherno, demand judgment against the Defendants, the Department of the Army and Robert Bickerstaff, jointly and/or severally, plus interest and costs.

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

The Plaintiffs,
By their attorney,
Law Offices d'Oliveira & Morgan

Leslie N. Tuchapsky, Esq.
d'Oliveira & Morgan
88f Jefferson Blvd.
Warwick, RI 02888
(401) 490-6907
Bar #6572

COUNT II

12. The Plaintiffs re-affirm and re-allege the allegations contained in paragraphs 1 through 11 as if fully re-instated herein.

13. As a direct and proximate result of the negligence of the Defendants, the Plaintiff, Kevin Cherno suffered property damage to his motor vehicle.

WHEREFORE, the Plaintiffs, Ksenia Bollens, Individually and as parent and next friend of Kyle Cherno and the Administrator of the Estate of Kevin Cherno, demand judgment against the Defendants, the Department of the Army and Robert Bickerstaff, jointly and/or severally, plus interest and costs.

PLAINITIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

The Plaintiffs,
By their attorney,
Law Offices d'Oliveira & Morgan

Leslie N. Tuchapsky, Esq.
d'Oliveira & Morgan
88f Jefferson Blvd.
Warwick, RI 02888
(401) 490-6907
Bar #6572

COUNT III

14. The Plaintiffs re-affirm and re-allege the allegations contained in 1 through 13 as if fully re-instated herein.

15. As a result of the actions of the Defendants, Robert Bickerstaff and the Department of the Army, the Plaintiff, Ksenia Bollens, has suffered the loss of the care, companionship, love, society, affection and consortium of her common law husband, the Plaintiff, Kevin Cherno, and incurred expenses for the medical care and attendance of the Plaintiff, Kevin Cherno.

WHEREFORE, the Plaintiff, Ksenia Bollens, demands judgment against the Defendants, Robert Bickerstaff and the Department of the Army, jointly and/or severally, plus interest and costs.

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

The Plaintiffs,
By their attorney,
Law Offices d'Oliveira & Morgan

*[signature]*
Leslie N. Tuchapsky, Esq.
d'Oliveira & Morgan
88f Jefferson Blvd.
Warwick, RI 02888
(401) 490-6907
Bar #6572

Dated 1/28/05

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 JAN 28 P 12:32
FILED

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instru[illegible]s on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91

1. Submit To Appropriate Federal Agency:

OFFICE OF THE LEGAL ADVISOR
DEVENS RFTA
30 QUEBEC ST. UNIT 5
AYER, MA 01432

2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)*

Kevin Cherno
50 Murray St.
Apt. 18
Coventry, RI 02816

Laura S. Cameron, Esq
d'Oliveira & Morgan
88f Jefferson Blvd.
Warwick, RI 02888

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. OR P.M.)* |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 09/4/75 | Single | Monday 02/03/03 | 15:48 |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

Kevin P. Cherno was injured in a motor vehicle accident on 02/03/03. His vehicle was parked at 725 Main Street, West Warwick, Rhode Island, when it was rear ended by a vehicle owned by the Department of the Army and operated by Robert L. Bickerstaff.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

Ksenia Bollens, 50 Murray St., Apt. 18, Coventry,RI 02816

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

1994 Buick, Plate #QH789
Rear bumper and left rear tail light
50 Murray St., Coventry, RI

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Kevin P. Cherno sustained injuries to his neck and back in the accident.

11. **WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| Robert L. Bickerstaff | 17 Campbell St., West Warwick, RI 02893 |

12. *(See instructions on reverse)* **AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| Rental vehicle $362.18 | $25,000.00 | - | $25,362.18 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM**

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Leslie M. Tuchapsky #6572 for Laura Cameron #5822 | (401) 490-6907 | 9-8-03 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)*

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)*

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. *See reverse side for additional instructions.*

FORM APPROVED
OMB NO. 1105-0008
EXPIRES 3-31-91

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)* |
|---|---|
| OFFICE OF THE LEGAL ADVISOR<br>DEVENS RFTA<br>30 QUEBEC ST. UNIT 5<br>AYER, MA 01432 | Kyle Cherno<br>50 Murray St.<br>Apt. 18<br>Coventry, RI 02816<br><br>Laura Cameron, Esq<br>d'Oliveira & Morgan<br>88f Jefferson Blvd.<br>Warwick, RI 02888 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. OR P.M.)* |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 2/17/00 | Single | Monday 2/03/03 | 15:48 |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

Kyle Cherno was injured in a motor vehicle accident on 2/3/03. He was a passenger in a vehicle parked at 725 Main Street, West Warwick, Rhode Island, when it was rear ended by a vehicle owned by the Department of the Army and operated by Robert Bickerstaff.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

Ksenia Bollens, 50 Murray St., Apt. 18, Coventry, RI 02816.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

1994 Buick, Plate #QH789 — Rear bumper and left rear tail light
50 Murray St., Coventry, RI

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Kyle Cherno sustained injuries sustained a concussion and neck pain.

11. **WITNESSES**

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| Robert L. Bickerstaff | 17 Campbell St., West Warwick, RI 02893 |

12. *(See instructions on reverse)* **AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| N/A | $20,000.00 | | $20,000.00 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM**

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Laura S. Cameron #5892 | 401-490-6907 | 9-8-03 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |