AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

RHODE ISLAND

## APPEARANCE

CASE NUMBER: CA 05 034 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Ksenia Bollens, Kyle Cherno and the Estate of Kevin Cherno.

1/28/05
Date

Leslie N. Tuchapsky #6572
Signature

Leslie N. Tuchapsky
Print Name

d'Oliveira & Morgan
88f Jefferson Blvd.
Address

| Warwick | RI | 02888 |
|---|---|---|
| City | State | Zip Code |

401-490-6907
Phone Number

FILED

(2)