**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KSENIA BOLLENS, Individually and<br>As parent and next friend of<br>KYLE CHERNO, | : | C.A. NO.: 05-034T |
| Plaintiffs | : | |
| Vs. | : | |
| DEPARTMENT OF THE ARMY and<br>ROBERT BICKERSTAFF, | : | |
| Defendants | | |

**NOTICE OF DISMISSAL**

The Plaintiffs in the above-captioned matter, pursuant to Rule 4 of the Federal Rules of Procedure, hereby dismiss their action, with prejudice, and without interest or costs.

The Plaintiffs,
By Their attorney,
Law Offices d'Oliveira & Morgan

Leslie N. Tuchapsky
Leslie N. Tuchapsky, Esq.
88f Jefferson Blvd.
Warwick, RI 02888
(401) 490-6907
Bar #6572

Dated 6/21/05

Ernest C. Torres

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

DATE: 6/24/04